UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.167.201.202,<br><br>           Defendant. | Case Number: 4:21-cv-09800-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for March 22, 2022, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until May 28, 2022 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for March 22, 2022 is continued to June 21, 2022 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: 3/2/2022

By: *Haywood S. Gilliam Jr.*
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference                                                                     Case No. 4:21-cv-09800-HSG